# Order

Michigan Supreme Court
Lansing, Michigan

January 28, 2010

137111 (147)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ANTHONY PELLEGRINO, Individually and as
Personal Representative of the Estate of
Shirley Ann Pellegrino,
          Plaintiff-Appellee,

v

AMPCO SYSTEMS PARKING,
          Defendant-Appellant.

SC: 137111
COA: 274743
Wayne CC: 03-325462-NI

_____/

On order of the Court, the motion to strike portions of the defendant's brief on appeal is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 28, 2010

Clerk

0127